AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

JOSE GABBIDON

## WARRANT FOR ARREST

CASE NUMBER: 1:07-MJ-117M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JOSE GABBIDON
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

RECEIVED
U.S. MARSHALS SERVICE
DEC 04 2007
District of Rhode Island

charging him or her with (brief description of offense)

ILLEGAL REENTRY AFTER BEING A PREVIOUSLY DEPORTED ALIEN

in violation of Title 8 United States Code, Section(s) 1326(a) and (b)(2)

~~David~~ DAVID L MARTIN
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

David L. Martin
Signature of Issuing Officer

12/4/07 PROVIDENCE, RHODE ISLAND
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Central Falls, RI by ICE | | |
| DATE RECEIVED 12/04/07 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 12/07/07 | | |

This form was electronically produced by Elite Federal Forms, Inc.