AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
JOSE GABBIDON

WAIVER OF INDICTMENT

CASE NUMBER: CR 07-156S

I, JOSE GABBIDON, the above named defendant, who is accused of

BEING AN ALIEN WHO HAD PREVIOUSLY BEEN DEPORTED FROM THE UNITED STATES, KNOWINGLY ENTERED AND WAS FOUND IN THE DISTRICT OF RHODE ISLAND WITHOUT HAVING OBTAINED THE EXPRESS CONSENT OF THE ATTORNEY GENERAL OF THE UNITED STATES TO REAPPLY FOR ADMISSION INTO THE UNITED STATES

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 1/9/09 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

J Gabbidon
*Defendant*

Robert B Watt Jr.
*Counsel for Defendant*

Before David L. Martin
*Judicial Officer* USMJ

This form was electronically produced by Elite Federal Forms, Inc.