UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
v. ) CR No. 07-00156-01S
)
)
JOSE GABBIDON )

GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR VARIANCE

The United States of America, by and through its undersigned counsel, respectfully submits its Opposition to the Defendant's Motion for Variant Sentence. For the reasons set forth below, the Defendant's motion should be denied. Pursuant to the plea agreement, the government recommends a sentence of the 12 months imprisonment, which represents the low end of the guidelines.

The defendant seeks a variance from the applicable guideline range, asking the Court to impose a sentence of time served, which is approximately six months. Such a sentence would amount to one half of the sentence defendant would serve if given a sentence at the low end of the guidelines. In support of his motion, the defendant asks the Court to consider the defendant's acceptance of responsibility and this district's lack of a "fast track" program. None of the arguments set forth by the defendant warrant a variance from the guideline range.

The defendant has already been credited with a three-level reduction for acceptance of responsibility. As a result of this reduction, the low end of his guideline range decreased by nine

months. Accordingly, the defendant's acceptance of responsibility does not justify a variance.

Likewise, the lack of a fast-track program in this district does not provide a basis for a variance. See United States v. Mejia, 461 F.3d 158, 164 (2d Cir. 2006) (disparity between defendants prosecuted in jurisdictions with "fast-track" programs and those without does not render a sentence unreasonable). This is because the fast-track program is based upon a congressional policy choice which allows the Attorney General to approve fast-track sentencing programs in certain districts but not in others.

Contrary to defendant's motion, a sentence at the low end of the guideline range is reasonable in light of the factors set forth in 18 § 3553(a).

## CONCLUSION

For the foregoing reasons, the government asks that the Court impose a sentence at the low end of the guidelines, 12 months imprisonment.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ John P. McAdams
JOHN P. McADAMS
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
john.p.mcadams@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2008, a copy of the within "Government's Opposition to Defendant's Motion for Variant Sentence" was electronically filed. Additionally, a copy of the opposition was sent via facsimile to the following addressee:

Robert D. Watt, Jr.
Attorney At Law
84 Ship Street
Providence, RI 02903-4192
Fax: 401-453-4906

/s/ John P. McAdams
JOHN P. McADAMS
Assistant U.S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
john.p.mcadams@usdoj.gov